ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Luisvidal Meza ) ASBCA No. 60307
)
Under Contract No. DACA63-5-10-0097 )

APPEARANCE FOR THE APPELLANT:      Mr. Luisvidal Meza
                                    President

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                    Engineer Chief Trial Attorney
                                    Arthur B. Archambeau, Esq.
                                    Engineer Trial Attorney
                                    U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The parties notified the Board that they have settled this appeal. The parties filed a joint motion to dismiss with prejudice. Accordingly, this appeal is dismissed with prejudice.

Dated: 12 August 2016

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60307, Appeal of Luisvidal Meza, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals